IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| v. | ) CASE NO. 5:23-CR-42 (MTT) |
| | ) |
| MICHAEL ALLEN DENDY, | ) |
| | ) |
| Defendant. | ) |
| | ) |

### SCHEDULING ORDER

This matter is before the Court pursuant to the parties' joint motion to declare the case complex, extend the deadlines in the standard pretrial order, and specially set the trial.  Doc. 22.  For the following reasons, the parties' joint motion is **GRANTED**.

The July 11, 2023 indictment charges Michael Allen Dendy with five (5) counts of production of child pornography, seven (7) counts of distribution of child pornography, eight (8) counts of receipt of child pornography, and one (1) count of possession of child pornography.  Doc. 1.  The defendant had his initial appearance and arraignment in this Court on August 16, 2023.  Doc. 10.  The parties now request the Court declare the case complex, extend the deadlines in the standard pretrial order, and specially set the trial.  Doc. 22.

The government's investigation involves allegations of the production, distribution, receipt and possession of sexually explicit images of seventeen (17) minors spanning the course of roughly five (5) years.  *Id.* ¶ 3.  As part of this investigation, multiple electronic devices were seized and forensically examined, including external hard drives, a laptop and a cell phone. Just one of these hard drives, for example, contains over 600GB of data and approximately 1,600 named folders containing

sexually explicit images of individuals believed to be minors.  *Id.*  The government estimates there are about 30 gigabytes of data comprising approximately 80,000 documents in discovery.  *Id.*  Based on the voluminous nature of the discovery materials, as well as the subject matter of the case, the government submits that defense counsel will need a significant period of time to review all of the discovery once received in order to meaningfully prepare the defense in this case.  *Id.* ¶ 5.

The Court finds the case complex pursuant to 18 U.S.C. § 3161(h)(7)(B)(ii), due to nature of the prosecution.  Further, pursuant to § 3161(h)(7)(A), the Court finds the trial should be specially set by the Court to allow the parties adequate time to receive and review discovery materials, conduct necessary investigations, and prepare for trial.  For the reasons stated, any delay outweighs the best interests of the public and the defendant to a speedy trial.  Accordingly, the parties' joint motion (Doc. 21) is **GRANTED**.

The case is specially set for trial beginning on September 16, 2024.  The corresponding delay shall be deemed excludable pursuant to the provisions of the Speedy Trial Act, 18 U.S.C. § 3161.

The Court amends and supplements the Standard Pretrial Order as follows:

| Date | Event |
|---|---|
| 10/31/2023 | The government shall discharge its discovery obligations as set forth in paragraphs 1, 4-10 of the Standard Pretrial Order. |
| 12/12/2023 | Defense discovery, as outlined in paragraph 2 of the Standard Pretrial Order, due. |
| 2/13/2024 | Motions, other than motions in limine, due. |
| 2/27/2024 | Motion responses due. |
| 3/12/2024 | • Motion replies due.<br>• Government's expert notices due. |
| 4/2/2024 | Rule 404(b) notices due. |
| 4/23/2024 | Defense expert notices due. |
| 5/6/2024 | Motions hearing and/or status conference. |

| | |
|---|---|
| 7/16/2024 | The defendant shall file an announcement regarding his intention to either proceed to trial or enter a change of plea. |
| 7/23/2024 | Motions in limine due. |
| 8/6/2024 | • Proposed voir dire questions due **(limited to 20)**.  Counsel are reminded that copies of juror questionnaires are available in the Clerk's Office.  It is the responsibility of each attorney to review these questionnaires prior to trial.  Voir dire questions may not repeat material contained in the questionnaires.<br>• Requests to Charge due.<br>• Proposed verdict form due.<br>• Motion in limine responses due. |
| 8/27/2024 | Voir dire objections due. |
| 9/10/2024 | Final pretrial conference. |
| 9/13/2024 | • Counsel shall email a proposed exhibit list and a proposed witness list to the courtroom deputy with a copy to opposing counsel at Kim_Tavalero@gamd.uscourts.gov no later than **NOON.**<br>• Electronic evidence files should be provided to the courtroom deputy no later than **NOON.** Please review the Court website page regarding courtroom technology http://www.gamd.uscourts.gov/technology, specifically the instructions concerning the Jury Evidence Recording System (JERS). |
| 9/16/2024 | Trial commences. |

Except as modified in this Order, the standard pre-trial order remains in effect.

**SO ORDERED,** this 31st day of August, 2023.

S/ Marc T. Treadwell
MARC T. TREADWELL, CHIEF JUDGE
UNITED STATES DISTRICT COURT